1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   ERIC LACY, et al.
6
   Tracie L. Goodwin
7  Michael S. Helsley
   Sagaser, Jones & Helsley
8  2445 Capitol Street, 2nd Floor
   P.O. Box 1632
9  Fresno, California 93717-1632
   Telephone: (559) 233-4800
10 Facsimile: (559) 233-9330

11 Attorneys for Defendants,
   THOMPSON & HARVEY TRANSPORTATION, INC.,
12 TOMMY THOMPSON AND FRANK HARVEY

13

14                UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16                       (Fresno Division)

17

18 ERIC LACY, et al.,              ) CASE NO. CV-F-08-0686 LJO SMS
                                   )
19             Plaintiffs,         ) STIPULATION TO AMEND
                                   ) PRELIMINARY SCHEDULING
20 vs.                             ) ORDER;
                                   ) ORDER
21 THOMPSON & HARVEY TRANSPORTATION,)
   INC. et al.,                    )
22                                 )
               Defendants.         )
23 _____)

24
        It is hereby stipulated by and between the parties, through
25
   their respective attorneys, as follows:
26
        1.   On August 21, 2008, this Court issued its Preliminary
27
   Scheduling Order (Doc. 14).
28
        2.   The parties have diligently pursued discovery in this

---
STIPULATION TO AMEND PRELIMINARY                    CASE NO. CV-F-08-0686 LJO SMS
SCHEDULING ORDER; [PROPOSED] ORDER

matter; but given the large number of documents at issue and the recent and upcoming holiday vacations, the parties request that the Court amend its previous order to extend the deadlines and hearing dates therein as follows:

    a.    Cutoff to complete discovery re: class certification - January 16, 2009 (Old date: November 14, 2008).

    b.    Deadline to file and serve class certification motion - January 30, 2009 (Old date: December 19, 2008).

    c.    Deadline to file and serve opposition papers - February 23, 2009 (Old date: January 14, 2009).

    d.    Deadline to file and serve reply papers - March 2, 2009 (Old date: January 23, 2009).

    e.    Hearing on class certification motion - March 9, 2008 at 8:15 a.m. (Old date: February 2, 2009).

Dated: December 2, 2008    LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin
_____
JERRY BUDIN
Attorney for Plaintiff,
ERIC LACY, et al.

Dated: December 2, 2008    SAGASER, JONES & HELSLEY

/s/ Tracie L. Goodwin
_____
TRACIE L. GOODWIN
Attorney for Defendants,
THOMPSON & HARVEY TRANSPORTATION, et al.

ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines in the Preliminary Scheduling Order are extended as follows:

    a. Cutoff to complete discovery re: class certification - January 16, 2009.

    b. Deadline to file and serve class certification motion - January 30, 2009.

    c. Deadline to file and serve opposition papers - February 23, 2009.

    d. Deadline to file and serve reply papers - March 2, 2009.

    e. Hearing on class certification motion - March 9, 2008 at 8:15 a.m.

2. In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS SO ORDERED.**

**Dated:   December 5, 2008**          /s/ Sandra M. Snyder
                                **UNITED STATES MAGISTRATE JUDGE**