```
1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   ERIC LACY, et al.
6
   Tracie L. Goodwin
7  Michael S. Helsley
   Sagaser, Jones & Helsley
8  2445 Capitol Street, 2nd Floor
   P.O. Box 1632
9  Fresno, California 93717-1632
   Telephone: (559) 233-4800
10 Facsimile: (559) 233-9330

11 Attorneys for Defendants,
   THOMPSON & HARVEY TRANSPORTATION, INC.,
12 TOMMY THOMPSON AND FRANK HARVEY
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (Fresno Division)

| | |
|---|---|
| ERIC LACY, et al., | CASE NO. 1:08-CV-F-0686-LJO-SMS |
| Plaintiffs, | STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER; |
| vs. | ORDER |
| THOMPSON & HARVEY TRANSPORTATION, INC. et al., | |
| Defendants. | |

It is hereby stipulated by and between the parties, through their respective attorneys, as follows:

1. On August 21, 2008, this Court issued its Preliminary Scheduling Order (Doc. 14).

2. On December 8, 2008, this Court amended the Scheduling

---

STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER; [PROPOSED] ORDER

CASE NO. 1:08-CV-0686-LJO-SMS

Order to extend the deadlines pertaining to plaintiff's pending class certification motion (Doc. 20).

3. Plaintiff has now completed his discovery regarding the class certification issues and has determined that this matter is not suitable for class or collective treatment. Plaintiff and defendants will be joining in a stipulation to dismiss the class and collective action allegations from the complaint herein.

4. The parties are currently in settlement discussions regarding plaintiff's individual claims contained in the complaint.

5. Accordingly, the parties request that the Court vacate the pending date for the class certification motion and set a Scheduling Conference in this matter for a date convenient with the Court in approximately thirty (30) days.

6. In the meantime, the parties will continue their good faith settlement discussions and, if a settlement is reached, will promptly notify the Court.

Dated: January 30, 2009         LAW OFFICE OF JERRY BUDIN

                                /s/ Jerry Budin
                                _____
                                JERRY BUDIN
                                Attorney for Plaintiff,
                                ERIC LACY, et al.

Dated: January 30, 2009         SAGASER, JONES & HELSLEY

                                /s/ Tracie L. Goodwin
                                _____
                                TRACIE L. GOODWIN
                                Attorney for Defendants,
                                THOMPSON & HARVEY TRANSPORTATION, et al.

ORDER

GOOD CAUSE APPEARING from the above stipulation, IT IS HEREBY ORDERED as follows:

1. The hearing on plaintiff's class certification motion scheduled for March 9, 2009 at 8:15 a.m. is hereby vacated.

2. A Scheduling Conference is set in this matter for March 23, 2009 at 10:00 a.m. in Courtroom #7 before Judge Snyder.

NOTE: A JOINT Scheduling Conference Report carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, in full compliance with the requirements set forth in, **ORDER SETTING MANDATORY SCHEDULING CONFERENCE** Exhibit "A", **one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format, to smsorders@caed.uscourts.gov**.

IT IS SO ORDERED.

DATED:   February 3, 2009                         /s/ Sandra M. Snyder
                                                  **SANDRA M. SNYDER**
                                                  **U.S. MAGISTRATE JUDGE**