# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LACY, et.al, | CASE NO. CV-F-08-0686 LJO SMS |
| Plaintiffs, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| vs. | |
| THOMPSON & HARVEY TRANSPORTATION, INC. et al., | |
| Defendants. / | |

This Court has been informed that the plaintiffs have reached a preliminary settlement in this matter with the defendants. Plaintiffs shall file the motion for preliminary approval of the settlement no later than April 13, 2009.

IT IS SO ORDERED.

**Dated:  March 11, 2009**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE